[No. 57188-5-I.   Division One.   February 26, 2007.]

LEROY KORB, *Appellant*, v. NORTHWEST HOSPITAL AND MEDICAL CENTER, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-34544-8, Laura C. Inveen, J., entered June 10, September 30, and October 10, 2005. *Affirmed* by unpublished opinion per Cox, J., concurred in by Appelwick, C.J., and Baker, J.

[No. 57352-7-I.   Division One.   February 26, 2007.]

JEFFREY A. SCHUETZLE ET AL., *Respondents*, v. ROBERT LINEBERGER ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-11439-1, George T. Mattson, J., entered November 28, 2005. *Affirmed* by unpublished opinion per Agid, J., concurred in by Baker and Becker, JJ.

[No. 57363-2-I.   Division One.   February 26, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE MANUEL RIVERA-FIGUEROA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-08222-2, James D. Cayce, J., entered November 28, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 57703-4-I.   Division One.   February 26, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD E. DOCKERY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-1-02626-6, Michael T. Downes, J., entered December 27, 2005. *Affirmed* by unpublished per curiam opinion.